ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant J&D Properties shall have to and including May 1, 2015 within which to respond to Plaintiff's complaint.

IT IS SO ORDERED.


Dated:   **March 25, 2015**                        */s/ Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE