Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: Tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON TAYLOR dba TAYLOR REPTILES, et al,<br><br>　　　　Defendants. | No.  1:15-cv-00300-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF JASON TAYLOR dba TAYLOR REPTILES <u>ONLY</u>; ORDER** |

　　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　　WHEREAS, no counter claim has been filed;

　　　　Plaintiff hereby respectfully requests that **only Defendant Jason Taylor dba Taylor Reptiles** be dismissed from this action **without** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 31, 2015　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Moore

*Moore v. Jason Taylor dba Taylor Reptiles, et al.*
Notice of Voluntary Dismissal; Order

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Jason Taylor dba Taylor Reptiles is dismissed **without** prejudice from this action.

IT IS SO ORDERED.

Dated:   March 31, 2015                    _____
                                                          SENIOR  DISTRICT  JUDGE