DANIEL W. ROWLEY, #109408
drowley@gmlegal.net
GILMORE MAGNESS LEIFER
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendants, J&D Properties, a
California General Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>Plaintiff,<br><br>v.<br><br>JASON TAYLOR dba TAYLOR REPTILE, J&D PROPERTIES, a California general Partnership,<br><br>Defendants. | CASE NO. 1:15-CV-00300-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME FOR J&D PROPERTIES TO RESPOND TO COMPLAINT AND CONTINUE THE SCHEDULING CONFERENCE;**<br> **ORDER** |

WHEREAS, the Complaint contains allegations of violations of the Americans with Disabilities Act ("ADA") and related causes of action;

WHEREAS, the parties are attempting to resolve this matter without further litigation;

WHEREAS, the parties have previously stipulated, and the Court Ordered, that Defendant J&D Properties ("Defendant") shall have until May 1, 2015, to answer or otherwise respond to the Plaintiff's complaint so that Defendant could obtain a CASp inspection of the real property at issue in this case (the "Property") and, if necessary, bids to correct things that are actually not in compliance with the ADA;

10926-0\00317156.000

1:15-CV-00300-AWI-BAM
STIPULATION TO EXTEND TIME FOR J&D PROPERTIES
TO RESPOND TO COMPLAINT AND CONTINUE THE
INITIAL SCHEDULING CONFERENCE; [PROPOSED]
ORDER

GILMORE MAGNESS LEIFER
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

1  WHEREAS, as of April 28, 2014, the report for the CASp inspection has not
2  yet been completed and, therefore, Defendant has not had the opportunity to obtain bids, if
3  necessary, for the work to bring the Property into compliance with the ADA;

4  WHEREAS, the parties have agreed that Defendant may have until June 1,
5  2015, to answer or otherwise respond to the Plaintiff's complaint;

6  WHEREAS , additional time is also needed to engage in and, hopefully,
7  complete settlement discussions; and

8  WHEREAS, the Initial Scheduling Conference is set for May 19, 2015, and
9  will need to be continued in order to allow the parties the opportunity to resolve the case
10 without further litigation,

11  IT IS HEREBY STIPULATED by and between the parties through their
12 respective attorneys of record as follows:

13  1.  Defendant shall have until June 1, 2015, to answer or otherwise
14 respond to the Plaintiff's complaint.

15  2.  The Initial Scheduling Conference be continued to a date at the
16 Court's convenience after June 29, 2015.

17 DATED: April 28, 2015          GILMORE MAGNESS LEIFER

                                 By:   s/s Daniel W. Rowley
                                       Daniel W. Rowley
                                       Attorneys for Defendants, J&D Properties, a
                                       California general Partnership

DATED: March 24, 2015            MOORE LAW FIRM


                                 By:   s/s Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff, Ronald Moore

28                               ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant J&D Properties shall have to and including June 1, 2015 within which to respond to Plaintiff's complaint.

2. The Initial Scheduling Conference set for May 19, 2015, is continued to **Monday, July 20, 2015, at 9:00 a.m.** before Judge McAuliffe.

IT IS SO ORDERED.

Dated: __April 30, 2015__                         /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE