Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JASON TAYLOR dba TAYLOR REPTILES, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00300-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 15, 2015                MOORE LAW FIRM, P.C.


                                                        */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Ronald Moore
                                **ORDER**

Page 1

1 | Good cause appearing,

2 | IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

3 |

4 | IT IS SO ORDERED.

5 | Dated:   June 16, 2015                              _____

6 |                                                                       SENIOR  DISTRICT  JUDGE